UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**IN RE TEDENEKILSH D. ZERHIOUN,**

Debtor.

Case No.: 16-cv-4714-YGR

**ORDER DIRECTING APPELLANT TO UPDATE ADDRESS AND CONFIRM CONTINUED INTENT TO PROSECUTE APPEAL**

Appellant Tedenekilsh D. Zerhioun filed the instant *pro se* appeal of a decision of the bankruptcy court. On September 2, 2016, mail sent to appellant from the Court was returned as undeliverable. (Dkt. No. 9.) The returned mail indicated that appellant moved from the address and gave no forwarding address. (*Id*.)

It is the responsibility of appellant to keep the Court apprised of her current address. Pursuant to Civil Local Rule 3-11, a party proceeding *pro se* whose address changes while an action is pending must promptly file with the Court and serve upon all opposing parties a notice of change of address specifying the new address. *See* Civ. L.R. 3-11(a). Appellant has not filed such a notice.

Accordingly, the Court **ORDERS** appellant Tedenekilsh D. Zerhioun to file a notice with the Court that (1) specifies her new address and (2) states that she intends to pursue her appeal. Appellant shall file this statement by no later than **Tuesday, October 11, 2016**. Should appellant fail to do so, the Court may dismiss her action for failure to prosecute, that is, failure to pursue her appeal and keep the appeal moving forward. *See* Fed. R. Civ. P. 41(b) (a district court may *sua sponte* dismiss an action for failure to prosecute or comply with a court order).

In light of her *pro se* status, appellant may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415.782.8982 or signing up for an

appointment on the 4th Floor of the Oakland Courthouse, Room 470S.  At the Legal Help Center, Appellant may speak with an attorney who may be able to provide basic legal help, but not legal representation.  The Court also urges appellant to obtain a copy of the Pro Se Handbook, available free of charge from the Court's website (www.cand.uscourts.gov) or in the Clerk's Office on the 4th Floor of the United States District Court for the Northern District of California, Ronald V. Dellums Federal Building, Oakland, CA.

**IT IS SO ORDERED.**

Dated:  September 13, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**